UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARVIN A. EATON, Individually and on Behalf of All Others Similarly Situated, :

                Plaintiff(s), :

                v. :

EDAP TMS S.A., MARC OCZACHOWSKI, and ERIC SOYER, :

                Defendants. :

:

Civ. Action No. 1:14-cv-06069-LGS
[rel. 1:14-cv-06188-LGS]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EDAP TMS S.A. hereby makes the following disclosure:

EDAP TMS S.A.("EDAP")  has no parent corporation.  No publicly traded company owns ten percent (10%) or more of the stock of EDAP.

Dated: September 25, 2014

                                                Respectfully submitted,

                                                */s/ Michael G. Bongiorno*
                                                Michael G. Bongiorno
                                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY 10007
                                                Tel: (212) 230-8800
                                                Fax: (212) 230-8888
                                                Email: michael.bongiorno@wilmerhale.com

                                                *Counsel for Defendant EDAP TMS, S.A.*