WILMERHALE

September 25, 2014

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Marvin A. Eaton, Individually and on Behalf of All Other Similarly Situated v. EDAP TMS S.A., Marc Oczachowski, and Eric Soyer*, Civ. Action No. 1:14-cv-06069-LGS [rel. 1:14-cv-06188-LGS]

Dear Judge Schofield:

In accordance with Rule 1.B.2 of Your Honor's Individual Practices, plaintiff Marvin A. Eaton ("Plaintiff") and defendants EDAP TMS S.A. ("EDAP"), Marc Oczachowski and Eric Soyer (collectively, "Defendants," and together with Plaintiff, the "Parties") respectfully submit this joint letter motion requesting an extension of time for Defendants to answer, move, or otherwise respond to the complaint in the above-captioned class action (the "Complaint"), and an adjournment of the initial pretrial conference currently scheduled for October 3, 2014. This is the Parties first request for an extension of time or adjournment in this action.

This is a federal securities class action against EDAP and certain of its officers. There is presently a related federal securities class action pending before this Court. The Parties anticipate that this action and the related action will be ultimately consolidated and a lead plaintiff appointed pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78u-4(a)(3). The Parties further anticipate that the lead plaintiff will designate an existing complaint to apply to the litigation or file a consolidated amended complaint. The Parties therefore agree that it would be duplicative and wasteful of the Court's resources for Defendants to respond to the Complaint or for the Parties to attend an initial pretrial conference prior to a ruling on the consolidation of this action and the related action and the appointment of a lead plaintiff.

The Parties respectfully request that Defendants' obligation to answer or otherwise respond to the complaint be extended until after a ruling on the consolidation of this action and the related action and the appointment of lead plaintiff. The Parties further request that the initial pretrial conference scheduled for October 3, 2014 be adjourned until after a ruling on the consolidation of this action and the related action and the appointment of lead plaintiff.

WILMERHALE

Hon. Lorna G. Schofield
September 25, 2014
Page 2

Respectfully submitted,

_____
Francis P. McConville
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
fmcconville@pomlaw.com

*Attorneys for Plaintiff Marvin A. Eaton*

_____
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorneys for Defendants EDAP TMS S.A., Marc Oczachowski, and Eric Soyer*


**SO ORDERED** on this ____ day of _____, 2014

_____