USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
MARVIN A. EATON,                                              :
                Plaintiff,                                 :
                                                              :
         -against-                                          :        14 Civ. 6069 (LGS)
                                                              :
EDAP TMS S.A., et al.,                                        :
                Defendants.                                :
------------------------------------------------------------- X
                                                              :
RONNIE HADDAD,                                                :
                Plaintiff,                                 :
                                                              :
         -against-                                          :        14 Civ. 6188 (LGS)
                                                              :
EDAP TMS S.A., et al.,                                        :        <u>ORDER</u>
                Defendants.                                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 25, 2014, the Court received joint letters from the parties in the above-captioned cases, it is hereby

       **ORDERED** that the applications are GRANTED. The deadlines for Defendants to respond to the Complaints are stayed. It is further

       **ORDERED** that the conferences scheduled for October 3, 2014, are adjourned. The parties shall appear for a joint conference on **October 15, 2014**, at **10:30 a.m.** to discuss the consolidation of the actions, the selection of lead plaintiff and possible selection of interim lead plaintiff's counsel. It is further

       **ORDERED** that by **October 9, 2014**, the parties shall file any letters setting forth their positions regarding the matters to be discussed.

       SO ORDERED.

Dated: September 26, 2014
       New York, New York

                                                                       LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**