UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    10/10/14
```

```
------------------------------------------------------------ X
                                                             :
MARVIN A. EATON,                                             :
                                       Plaintiff,            :
                                                             :
                     -against-                               :          14 Civ 6069 (LGS)
                                                             :
EDAP TMS S.A., et al.,                                      :
                                       Defendants.           :
------------------------------------------------------------ X
                                                             :
RONNIE HADDAD,                                               :
                                       Plaintiff,            :
                                                             :
                     -against-                               :          14 Civ. 6188 (LGS)
                                                             :
EDAP TMS S.A., et al.,                                      :          ORDER
                                       Defendants.           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the joint conference presently scheduled for October 15,

2014, is adjourned to **October 23, 2014**, at **11:15 a.m.**


Dated: October 10, 2014
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE