**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARVIN A. EATON, Individually and on      Case No.:14-CV-06069-LGS
Behalf of All Others Similarly Situated,

            Plaintiff,                     **CLASS ACTION**

            vs.                           **KRAJENKE GROUP'S NON-
                                          OPPOSITION TO LEAD PLAINTIFF**
EDAP TMS S.A., MARC OCZACHOWSKI,           **MOTION OF RYAN TENNEBAR; AND**
and ERIC SOYER,                            **WITHDRAWAL**

            Defendants.

--------------------------------------------------------X

RONNIE HADDAD, Individually and on        Case No. 14-CV-06188-LGS
Behalf of All Others Similarly Situated,

            Plaintiff,                     **CLASS ACTION**

            vs.

EDAP TMS S.A., MARC OCZACHOWSKI,
and ERIC SOYER,

            Defendants.

----------------------------------------------------------X

      Cathy and Timothy Krajenke and Bahaa Saad Aly (collectively "Krajenke Group" or

"Movant"), having reviewed the competing lead plaintiff motions, has the second largest

financial interest to movant Ryan H. Tennebar ("Tennebar"), who has the largest financial

interest.  As such, the Krajenke Group does not oppose Tennebar's lead plaintiff motion, dkt. # 18.  The Krajenke Group hereby withdraws its lead plaintiff motion to the extent it may be construed as an opposition to Tennebar's motion.

This non-opposition shall have no impact on the Krajenke Group's status as a class member and the Group's right to share in any recovery obtained in this action.  This non-opposition shall have no impact on the Krajenke Group's ability to serve as lead plaintiff or class representative should the Court find that a lead plaintiff or a class representative is atypical, inadequate or is otherwise disqualified.  The Krajenke Group stands ready, willing and able to serve as a representative party in this litigation.

Dated: October 13, 2014                              Respectfully submitted,

                                                     THE ROSEN LAW FIRM, P.A

                                                       /s/ Phillip Kim
                                                     Phillip Kim, Esq. (PK 9384)
                                                     Laurence M. Rosen, Esq. (LR 5733)
                                                     275 Madison Avenue, 34th Floor
                                                     New York, NY 10016
                                                     Telephone: (212) 686-1060
                                                     Facsimile: (212) 202-3827
                                                     pkim@rosenlegal.com
                                                     lrosen@rosenlegal.com

                                                     Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 13th day of October, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Philip Kim