UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN A. EATON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>  v.<br><br>EDAP TMS S.A., MARC OCZACHOWSKI, and ERIC SOYER,<br><br>    Defendants. | Case No. 1:14-cv-06069-LGS |
| RONNIE HADDAD, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EDAP TMS S.A., MARC OCZACHOWSKI, and ERIC SOYER,<br><br>    Defendants. | Case No. 1:14-cv-06188-LGS |

**NOTICE OF NON-OPPOSITION**

PLEASE TAKE NOTICE THAT, the lead plaintiff movant Oscar Carlos ("Carlos"), having reviewed the competing lead plaintiff motions, hereby files this Notice of Non-Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. After review of the competing lead plaintiff motions, it appears that movant Ryan H. Tennebar has the largest financial interest and is the presumptive lead plaintiff under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

This notice of non-opposition shall have no effect on, and is without prejudice to, Carlos' status as a member of the proposed class, including but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: October 20, 2014	Respectfully submitted,

LEVI & KORSINSKY LLP

/s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (866) 367-6510

*Counsel for Movant Oscar Carlos*

4828-0069-8656, v. 1