```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re EDAP TMS S.A. SECURITIES                              :
LITIGATION                                                  :
                                                            :         14 Civ. 6069 (LGS)
                                                            :
                                                            :         ORDER
                                                            :
                                                            :
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 23, 2014, the parties appeared for a conference at which the Court consolidated Case No. 14 Civ. 6069 and Case No. 14 Civ. 6188, and appointed Lead Plaintiff and Lead Counsel as described in a concurrently published order, it is hereby

    **ORDERED** that Lead Plaintiff shall file a Consolidated Amended Complaint no later than **December 22, 2014**. It is further

    **ORDERED** that Defendants' motion to dismiss, if any, shall be filed no later than **February 20, 2015**. Plaintiff's response, if any, shall be filed no later than **April 6, 2015**. Defendants' reply, if any, shall be filed no later than **May 6, 2015**. It is further

    **ORDERED** that the parties' memoranda of law in support and opposition to any motion to dismiss shall not exceed thirty five (35) pages, and any reply memoranda shall not exceed fifteen (15) pages.

    For the reasons discussed at the October 23, 2014, conference, the Clerk of Court is directed to close the motions open at Dkt. Nos. 9, 12, 15, 17 and 20.

    SO ORDERED.

Dated: October 24, 2014
        New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**