UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re EDAP TMS S.A. Securities Litigation | Case No.: 14 Civ. 6069 (LGS) |
| **THIS DOCUMENT RELATES TO:** | CLASS ACTION |
| **All Actions** | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Murielle J. Steven of Pomerantz LLP, who is admitted to the bar of this Honorable Court, hereby enters an appearance as counsel in the above-captioned action on behalf of Lead Plaintiff Ryan H. Tennebar and requests that she be noticed electronically with all future pleadings at mjsteven@pomlaw.com.

Dated:  New York, New York
        December 16, 2014

                                **POMERANTZ LLP**

                                 */s/ Murielle J. Steven Walsh*
                                Murielle J. Steven Walsh
                                600 Third Avenue
                                New York, New York 10016
                                Telephone: (212) 661-1100
                                Facsimile: (212) 661-8665
                                mjsteven@pomlaw.com

                                *Counsel for Lead Plaintiff*