```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re EDAP TMS S.A. SECURITIES                              :
LITIGATION                                                  :
                                                            :         14 Civ. 6069 (LGS)
                                                            :
                                                            :         ORDER
                                                            :
                                                            :
                                                            :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2015

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated October 24, 2014, a briefing schedule was set for Defendants' anticipated motion to dismiss;

WHEREAS, the Court's Individual Rule III.B.3 provides that "[e]ach party is limited to a total of 15 exhibits (each not to exceed 15 pages), including exhibits attached to an affidavit/declaration";

WHEREAS, Individual Rule III.B.5 provides that "[o]ne printed courtesy copy of *all parties' motion papers*, including exhibits, marked 'Courtesy Copy,' shall be submitted to Chambers *by the movant at the time the reply is served*" (emphases in original);

WHEREAS, Defendants timely filed their opening brief and supporting papers in compliance with the Court's Order and Individual Rules;

WHEREAS, Lead Plaintiff's timely response filed on April 6, 2015, includes exhibits that violate Individual Rule III.B.3 -- one exhibit is 311 pages long and another 64 pages long;

WHEREAS, on April 7, 2015, Lead Plaintiff delivered to the Court a courtesy copy of his motion papers in violation of the Individual Rule III.B.5; it is hereby

**ORDERED** that Lead Plaintiff's Opposition at Dkt. No. 43 is hereby STRUCK.  The courtesy copy provided to the Court will be discarded.  It is further

**ORDERED** that no later than **April 10, 2015**, Lead Plaintiff shall file an Opposition to Defendant's motion that complies with the Court's Individual Rules.  Lead Plaintiff is advised that continued disregard for the Court's Orders and Rules may result in sanctions or other prejudice to the case.  It is further

**ORDERED** that Defendants' deadline to file any reply is hereby extended from May 6, 2015, to **May 13, 2015**.   Defendants  shall submit a courtesy copy of all filings on the motion in accordance with the Court's rules.

SO ORDERED.

Dated: April 7, 2015
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**