UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re EDAP TMS S.A. Securities Litigation | Case No.: 14 Civ. 6069 (LGS) |
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| All Actions | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Francis P. McConville will no longer be associated with Pomerantz LLP as of April 22, 2015 and should be removed from the Court's service list with respect to the above referenced action. Pomerantz LLP continues to serve as counsel for Lead plaintiff Ryan H. Tennebar ("Plaintiff") and as Lead Counsel in this action, and all future correspondence and papers in this action should continue to be directed to them.

Dated:  April 22, 2015                                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Francis P. McConville*
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:     (212) 661-8665
Email: fmcconville@pomlaw.com