# WILMERHALE

May 13, 2015

**Andrew Scott Dulberg**

+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

*VIA ECF and Federal Express*

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re EDAP TMS S.A. Securities Litigation* (1:14-cv 06069-LGS)

Dear Judge Schofield:

Enclosed is a courtesy copy of all parties' papers, including exhibits, filed in connection with Defendants' Motion to Dismiss the Amended Complaint (ECF No. 40).

Respectfully submitted,

Andrew S. Dulberg

*Counsel for Defendants EDAP TMS S.A. and Marc Oczachowski*

cc: All counsel of record (via ECF)