**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  10/8/2015
```

In re EDAP TMS S.A. SECURITIES LITIGATION

14 **CIVIL** 6069 (LGS)

# JUDGMENT

-----------------------------------------------------------X

Defendants having moved to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), 8 and 9(b) and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(a), and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on September 14, 2015, having rendered its Opinion and Order (Doc. #50) granting Defendants' motion to dismiss in its entirety and directing the Clerk of Court to close the motion at Docket No. 40, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2015, Defendants' motion to dismiss is granted in its entirety.

Dated:  New York, New York
        October 8, 2015

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
                        **BY:**      K. Mango
                                    _____
                                    **Deputy Clerk**